UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER LEE WHEELER,<br><br>                    Plaintiff,<br>    v.<br>SPARKS POLICE DEPARTMENT, *et al.,*<br>                    Defendants. | Case No. 3:17-cv-00321-MMD-VPC<br><br>ORDER |

The complaint in this action was filed on January 8, 2018. (ECF No. 10.) The Court issued a notice of intent to dismiss Kroll, Fye, and Butler pursuant to Fed. R. Civ. P. 4(m) unless proof of service was filed by May 10, 2018. (ECF No. 18.) To date, no such proof of service has been filed.[1] Accordingly, it is ordered that the claims against Kroll, Fye, and Butler are dismissed without prejudice. The Clerk is directed to close this case.

DATED THIS 17th day of May 2017.

 

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] The notice of intent to dismiss was returned as undeliverable. (ECF No. 19.) LR IA 3-1 requires parties to keep their address current.

1